(47 South. 464.)

No. 17,343.

STATE ex rel. PIPER et al. v. MICHEL, Secretary of State.

(Oct. 28, 1908.)

NOMINATION BY PETITION — OBJECTIONS TO NOMINATIONS.

The reasons upon which the decision in this case is predicated will be found in the opinion handed down in the case of State ex rel. W. G. Tebault v. John T. Michel, Secretary of State (this day decided) 47 South. 460, ante, p. 188.

(Syllabus by the Court.)

Appeal from Twenty-Second Judicial District Court, Parish of East Baton Rouge; Walter Byers Sommerville, acting for Harney Felix Brunot, Judge, absent on leave.

Mandamus by the state, on relation of William F. Piper and others, to compel John T. Michel, Secretary of State, to place the names of relators upon the official ballot as candidates of an independent league. Judgment for respondent, and relators appeal. Affirmed.

Clarence Samuel Hébert, for appellants. Walter Guion, Atty. Gen., James Clark Henriques, Dinkelspiel, Hart & Davey, and Legier & Gleason, for appellee.

MONROE, J. The facts of this case are the same as those upon which the case of State ex rel. W. G. Tebault v. John T. Michel, Secretary of State (No. 17,342) 47 South. 460[1]; has just been decided, the present relators being the "associates of the relator" referred to in the opinion in that case, relying on the same nominating papers, the same proceedings in connection therewith, and the same argument in their support in this court.

For the reasons assigned in the opinion this day handed down in the case of State ex rel. W. G. Tebault v. John T. Michel, Secre-

[2] Ante, p. 188.

tary of State (No. 17,342), therefore, the judgment herein appealed from is affirmed.

NICHOLLS, J., absent.